UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| KELLEY MARLOW and AMANDA STEPHENS on Behalf of Themselves and on Behalf of All Others Similarly Situated, § § § § Plaintiffs, § § v. § § BJ'S RESTAURANTS, INC., § § Defendant. § § | § § § § § CIVIL ACTION NO. 4:13-cv-00552 § § JURY TRIAL DEMANDED § § § § |

## NOTICE OF SETTLEMENT

Plaintiffs Kelley Marlow and Amanda Stevens hereby inform the Court that the Parties have reach a settlement. The Parties anticipate filing their closing papers within 30 days.

Respectfully submitted,

KENNEDY HODGES, LLP

By: /s/ Don J. Foty
Galvin B. Kennedy
State Bar No. 00796870
Federal Bar No. 20791
gkennedy@kennedyhodges.com
Don J. Foty
State Bar No. 24050022
Federal ID No. 7115522
dfoty@kennedyhodges.com
4409 Montrose Blvd, Suite 200
Houston, TX 77006
713.523.0001 (Telephone)
713.523.1116 (Facsimile)

ATTORNEYS FOR PLAINTIFFS

1

## **CERTIFICATE OF SERVICE**

  I hereby certify that, on August 30, 2016, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system.

            */s/ Don J. Foty*
            Don J. Foty